UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANA LOPEZ                                                                                      CIVIL ACTION

VERSUS                                                                                              NO. 05-0371

MAGNOLIA INDUSTRIAL FABRICATORS,                                 SECTION "A"(1)
INC., ET AL.

## ORDER & REASONS

The Court will treat Defendant EPL's Motion for New Trial **(Rec. Doc. # 117)** as a Motion for Reconsideration.  In light of EPL's standing as an "adverse party" due to its pending cross-claim against Gulf Crane, the Court has reviewed and considered the conflicting evidence presented by EPL in its Memo in Opposition **(Rec. Doc. # 94)** to co-defendant Gulf Crane's Motion for Summary Judgment.  After reviewing the evidence, the Court hereby finds that genuine issues of material fact exist as to Gulf Crane's negligence in the accident, as well as to Gulf Crane's liability to EPL pursuant to their Master Service Contract.  Therefore, the Court hereby amends its earlier Order **(Rec. Doc. # 114),** and denies Defendant Gulf Crane's Motion for Summary Judgment **(Rec. Doc. # 81).**

Further, Defendant Gulf Crane's cross-claim Motion for Summary Judgment **(Rec. Doc.**

**# 120)**, and its Motion for Expedited Hearing **(Rec. Doc. # 124)**, are hereby denied as moot.

Furthermore, EPL's request for oral argument **(Rec. Doc. # 118)** is denied, as the Court has reconsidered its earlier Order.

Accordingly;

**IT IS ORDERED** that EPL's Motion for Reconsideration **(Rec. Doc. # 117)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Gulf Crane's Motion for Summary Judgment **(Rec. Doc. # 81)** is **DENIED**.

**IT IS FURTHER ORDERED** that Gulf Crane's cross-claim Motion for Summary Judgment **(Rec. Doc. # 120),** and its Motion for Expedited Hearing **(Rec. Doc. 124),** are **DENIED**.

**IT IS FURTHER ORDERED** that EPL's request for oral argument **(Rec. Doc. # 118)** is **DENIED.**

New Orleans, Louisiana, Monday, October 23, 2006.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE